IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-250 |
| | § | |
| PHILIP JOSEPH RIVKIN | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance and a request to have the case deemed complex, (Docket Entry No. 33). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The case will be deemed complex. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 19, 2015 |
| Responses are to be filed by: | February 2, 2015 |
| Pretrial conference is reset to: | **February 9, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 17, 2015 9:00 a.m.** |

SIGNED on August 6, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge