IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-14-250-1 |
| § | |
| § | |
| PHILIP JOSEPH RIVKIN § | |

**ORDER SETTING A HEARING ON THE DEFENDANT'S
MOTION FOR TEMPORARY RELEASE FROM CUSTODY**

The defendant, Philip Joseph Rivkin, moved for temporary release from custody and the government has responded opposing the motion. The motion is set for hearing on **January 20, 2015**, at 9:00 a.m. in Courtroom 11-B, 515 Rusk, Houston, Texas. Because the case is deemed complex and is set for trial on **February 17, 2015**, the hearing will also serve as an interim pretrial conference.

SIGNED on January 13, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge