IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-14-250-1 |
| | § | |
| | § | |
| PHILIP JOSEPH RIVKIN | § | |

**ORDER**

The parties filed a second joint motion for continuance, (Docket Entry No. 45). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The case has been deemed complex. The motion for continuance is granted. The docket control order is amended as follow:

Motions are to be filed by **April 20, 2015**. Responses are to be filed by **May 4, 2015**. The pretrial conference is reset to **June 1, 2015** at 8:45 a.m. Jury trial and selection are reset to **June 8, 2015** at 9:00 a.m.

SIGNED on January 21, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge