UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 4:14-CR-250 |
| | § | |
| PHILIP JOSEPH RIVKIN, | § | |
| | § | |
| a/k/a FELIPE POITAN ARRIAGA | § | |

-------------------------------------------------------

# UNITED STATES' DISCLOSURE STATEMENT
# IDENTIFYING ORGANIZATIONAL VICTIMS

Pursuant to Fed. R. Crim. P. 12.4(a)(2), the United States submits the following statement identifying organizations that may have been victims of the criminal activity alleged in this matter. Counsel for the United States acknowledges that the disclosure statement was inadvertently not filed at the time of defendant's initial appearance, as required by Fed. R. Crim. P. 12.4(b)(1), and respectfully apologizes to the Court for the delay.

Based on available information, the following organizations may have been victims of the criminal activity alleged in this matter. Where applicable, parent corporations have been identified; at this time, no publicly held corporations owning 10% or more of any victim's stock have been identified. A supplemental

-1-

disclosure statement will be filed upon any change in the information provided herein.

Organizational Victims

1. Archer Daniels Midland Company

2. Atlantic Trading & Marketing Inc.; parent corporation is TOTSA Total Oil Trading S.A.

3. BP North America Petroleum Inc.; parent corporation is BP Products North America Inc.

4. Cargill Biodiesel; parent corporation is Cargill, Inc.

5. Chevron USA Inc.; parent corporation is Chevron Corporation

6. Citgo Petroleum Corporation

7. ConocoPhillips

8. Conserve Fuels

9. Dansk Investment Group, Inc.

10. Exxon Mobil Corporation

11. Flint Hills Resources LP; parent corporation is Koch Industries, Inc.

12. George E. Warren Corporation

13. Glencore Ltd.

14. Hartland Fuel Products, LLC

15. Holly Frontier Refining & Marketing LLC; parent corporation is Holly Frontier Corporation

16. Houston Refining LP

17. Husky Marketing and Supply Company

18. Irving Oil Terminals Inc.

19. Lansing Trade Group LLC

20. Louis Dreyfus Claypool Holdings LLC; parent corporation is LDC Holding Inc.

21. Marathon Petroleum Company LP; parent corporation is Marathon Petroleum Corporation

22. Motiva Enterprises LLC; parent corporation is Saudi Refining, Inc.

23. Murphy Oil USA Inc.; parent corporation is Murphy USA Inc.

24. Shell Oil; parent corporation is Shell Petroleum Inc.

25. Sunoco, Inc. (R&M); parent corporation is Energy Transfer Partners, LP

26. Tesoro Corporation

27. Toledo Refining Company, LLC; parent corporation is PBF Holding Company LLC

28. Total Petrochemicals USA Inc.; parent corporation is Total Petrochemicals & Refining USA Inc.

29. Valero Energy Corporation

30. VicNRG LLC

31. WRB Refining LP

[U.S. Disclosure Statement – FRCrP 12.4]

Respectfully submitted,

For the United States

John C. Cruden
Assistant Attorney General
Environmental and Natural Resources
    Division

 s/ Leslie E. Lehnert
Leslie E. Lehnert
Trial Attorney
D.C. Bar No. 416498
Environmental Crimes Section
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
202 / 514-1761   //   202 / 514-8865 (fax)
leslie.lehnert@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2015, I electronically filed the foregoing United States' Disclosure Statement Identifying Organizational Victims with the Clerk of the Court for the Southern District of Texas using the CM/ECF system, which will send notification of such filing to counsel of record for the Defendant in this matter.

 s/ Leslie E. Lehnert
Leslie E. Lehnert